

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~~~~~~ DISTRICT OF OHIO
_____ DIVISION

**Robert W. Johnson**
(Enter Above the Name of the Plaintiff in this Action)

Case: 4:22-cv-12083
Judge: Kumar, Shalina D.
MJ: Grey, Jonathan J.C.
Filed: 09-02-2022
CMP JOHNSON VS WARREN COUNTY
SHERIFF'S OFFICE ET AL (DP)

vs.

**Warren County Sheriff's Office, et al.,**
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

**Mike DeWine, Lori Barreras, J. Rita McNeil Danish, William Putman III, Charlie Winburn, Madhu Singh, Angela Phelps-White, Lori Taylor & Keith Anderson.**

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

**Robert W. Johnson**
Name - Full Name Please - PRINT

**112 Court St., APT. 2**
Street Address

**Watertown, NY 13601**
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Warren County Sheriff's Office
   Name - Full Name Please
   822 Memorial Drive; Lebanon, OH 45036.
   Address: Street, City, State and Zip Code

2. Mike DeWine
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237.

3. Lori Barreras
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237.

4. J. Rita McNeil Danish
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237.

5. William Patmon III
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237.

6. Charlie Winburn
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237.

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Robert W. Johnson was discriminated against by Warren County Sheriff's Office and Keith W. Anderson for Employment and denied Due Process Rights. Mike DeWine, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Charlie Winburn, Madhu Singh, Lori Taylor, Angela Phelps-White and Due for Process denied Robert W. Johnson Rights and merits for Warren County Sheriff's Office and Keith W. Anderson discriminations and Due Process Rights for Employment/Employee Applicants.

Case: 1:22-cv-00587-DRC-SKB Doc #: 1 Filed: 09/02/22 Page: 4 of 13 PAGEID #: 4

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

$100,000,000.00 for punitive damages; Employment & All other Reliefs Just & Proper.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 25TH day of June, 2022.

Robert W. Johnson
Signature of Plaintiff

-4-

Defendants:
Mike DeWine, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Charlie Winburn, Madhu Singh, Angela Phelps-White, Lori Taylor & Keith Anderson.

Defendants:

7. Madhu Singh
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237

8. Angela Phelps-White
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237

9. Lori Taylor
   7162 Reading Road; STE.1005; Cincinnatti, OH 45237

10. Keith Anderson
    520 Justice Drive; Lebanon, OH 45036.

*Robert W. Johnson* (signature)
Robert W. Johnson
Pro Se

06/25/2022



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | J. Rita McNeil Danish | William Patmon, III | Charlie Winburn | Madhu Singh
Executive Director Angela Phelps-White

June 23, 2022                                        Mailed on Date: June 23, 2022

Robert W. Johnson                                    Human Resource Manager
112 Court Street, Apt. 2                             Warren County Sheriff's Office
Watertown NY 13601                                   822 Memorial Dr.
                                                     Lebanon Ohio 45036

## LETTER OF DETERMINATION
### Robert W. Johnson v Warren County Sheriff's Office
### DAY76(30124)12132021; 22A-2022-03098

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegation(s) against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party. Specifically, the Commission found that Respondent has no record of Charging Party applying for or seeking information regarding employment.

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of the Commission's determination. The application must be in writing and state specifically the grounds upon which it is based. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this notice. This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. Any application for reconsideration received after the ten-day period has expired will be deemed untimely. The Commission's Rules do not permit any employee of the Commission to grant any extension to this ten-day filing period. If you wish to appear before the Commissioners to present

Robert W. Johnson v Warren County Sheriff's Office
DAY76(30124)12132021; 22A-2021-03098
Page 2

oral arguments in support or your request for reconsideration, you must specifically make a request to appear in writing.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

Robert W. Johnson v Warren County Sheriff's Office
DAY76(30124)12132021; 22A-2021-03098
Page 3

FOR THE COMMISSION,


*Lori Taylor*
Lori Taylor
Ohio Civil Rights Commission
Dayton Regional Office
Point West III Office Building
3055 Kettering Blvd., Suite 111
(937) 285-6500
Dayton, Ohio 45439
lori.taylor@civ.ohio.gov

    cc:    <u>Representative for Respondent</u>:

            Keith W. Anderson
            First Assistant Prosecuting Attorney
            Warren County Sheriff's Office
            520 Justice Drive
            Lebanon OH 45036

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
Charlie Winburn
J. Rita McNeil Danish



Angela Phelps-White,
Executive Director

---

**Charging Party:**            )
                               )
**Robert W. Johnson**          )
                               )
v.                             )      Charge No. DAY76(30124)12132021
                               )                   22A-2021-03098C
**Respondent:**                )
                               )
**Warren County Sheriff's Office**  )
                               )

---

### NOTICE OF RIGHT TO SUE

---

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*Lori Taylor*
Lori Taylor
Dayton Regional Director
3055 Kettering Blvd., Suite 111
Dayton, OH 45439
(937) 285-6500

Date mailed: June 23, 2022

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet, Civil Complaint & IFP Application on 06/25/2022 upon;

1. Court Clerk ; U.S. Courts ; 85 Marconi Blvd. #121 ; Columbus, OH 43215.

Robert W. Johnson
Robert W. Johnson

06/25/2022

**PRO SE CORPORATION** — **DEFAULT JUDGEMENT WHISTLEBLOWER**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

**DEFENDANTS**
Warren County Sheriff's Office

(b) County of Residence of First Listed Plaintiff: Jefferson
County of Residence of First Listed Defendant: Warren

(c) Attorneys (Firm Name, Address, and Telephone Number):
112 Court St.; APT. 2; WATERTOWN, NY 13601

Attorneys (If Known): N/A

## II. BASIS OF JURISDICTION
[X] 3 Federal Question

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1 ; DEF [X] 4 (Incorporated or Principal Place of Business In This State)

## IV. NATURE OF SUIT
CIVIL RIGHTS:
[X] 442 Employment
[circled] 443 Housing/Accommodations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Federal Question: Due Process Rights; Employment Discriminations; Pro Se Corporation; Due Process Violations

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000,000.00
JURY DEMAND: [X] Yes

DATE: 06/25/2022
SIGNATURE OF ATTORNEY OF RECORD: Robert W. Johnson

